# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John Turner, <br><br> Plaintiff, <br><br> v. <br><br> Unnamed Defendant, <br><br> Defendant. | Case No. 2:14-cv-01346-RFB-NJK <br><br> **ORDER** <br><br> Motion for Order Waiving Filing Fees (ECF No. 2) |

Pending before the Court is Plaintiff John Turner's Motion for an Order Waiving Filing Fees. See ECF No. 2.

It appears that this motion was filed in response to a notice issued to Plaintiff by the Supreme Court of Nevada stating that Plaintiff's case in that Court, Supreme Court No. 66217, is subject to dismissal for failure to pay the Supreme Court of Nevada's required filing fee. See ECF No. 1 at 2. This Court has no jurisdiction or authority over filing fees required by the Supreme Court of Nevada, and cannot waive them. Plaintiff also has attached no complaint or other document that would establish jurisdiction in this Court. Accordingly,

IT IS HEREBY ORDERED that Plaintiff John Turner's Motion for an Order Waiving Filing Fee (ECF No. 2) is DENIED.

IT IS FURTHER ORDERED that this case shall be closed.

DATED this 9th day of December, 2014.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**